UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICAELA BRACAMONTE.,

Plaintiff,

-against-

THE LANG SCHOOL, GAVIN SIMMS, AND PETER FLOM.,

Defendants.

25 CIVIL 05416 (MKV)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated September 15, 2026, Defendants' motion to dismiss the Amended Complaint [ECF No. 14] is GRANTED. All of Plaintiffs claims are dismissed with prejudice except her claims of disability discrimination based on alleged requests for late arrivals and accommodations in connection with the April 2022 investigation into her, which claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 16, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**



**Deputy Clerk**